```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
JOHN HADDOCK,

                Plaintiff,
                                                    ORDER
                                              21-CV-2923 (KAM)
     -against-

NASSAU COUNTY COURT; NASSAU COUNTY
JAIL; SHEFIFFS DEPARTMENT,

                Defendants.
----------------------------------x
```

**KIYO A. MATSUMOTO, United States District Judge:**

On May 24, 2021, Plaintiff John Haddock, currently incarcerated at the Nassau County Jail, filed this *pro se* action pursuant to 42 U.S.C. § 1983. (ECF No. 1, Complaint.) Plaintiff's submission did not include the requisite filing fee or *in forma pauperis* ("IFP") application and Prisoner Authorization Form required to commence this action. In the absence of a Prisoner Authorization Form, Haddock cannot proceed with this lawsuit. *See Knight v. City of New York*, No. 20-2974, 2020 WL 7062464, at *1 (2d Cir. Oct. 21, 2020); *Brown v. Faucher*, No. 19-3898, 2020 WL 833854, at *1 (2d Cir. Jan 10, 2020).

By letter dated May 27, 2021, Haddock was provided with the proper forms and advised that in order to proceed with his lawsuit, he must either pay the filing fee or return the completed IFP application and Prisoner Authorization Form within

14 days from receipt of the letter. (ECF No. 2.) Summonses have not been issued due to the deficiencies.

On June 25, 2021, Haddock's letter dated June 21, 2021 was filed, inquiring as to why an answer to his complaint has not been filed. (ECF No. 4.) As of the date of this Order, however, the court has not received a completed IFP application or the required Prisoner Authorization Form.

In light of Plaintiff's *pro se* status, the court grants Plaintiff an additional 30 days to file a completed IFP Application and Prisoner Authorization Form. If Plaintiff fails to comply with this Order within the time allowed, the action will be dismissed without prejudice. The Clerk of Court is respectfully directed to mail this Order and another IFP application and Prisoner Authorization Form to Plaintiff.

SO ORDERED.

                                                                               /s/\
                                              KIYO A. MATSUMOTO\
                                              United States District Judge\
                                              Eastern District of New York

Dated: July 21, 2021\
       Brooklyn, New York